# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew Desica BROWN<br>60 Broadmeadows Blvd<br>Columbus, Ohio 43214<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:24-mj-239<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2023 - April 2024__ in the county of __Franklin__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252, 2252A | Distribution, Transportation, Receipt, and Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

HSI TFO John Bartolucci
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 7, 2024

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio