United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-   Case No. 2:24-mj-239

Andrew Desica Brown

COURTROOM MINUTES
Detention Hearing

|  | **U.S. Magistrate Judge Kimberly A. Jolson** | Date: | May 13, 2024 @ 11:30 am |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Emily Czerniejewski |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Soma Dutta |
| **Interpreter** |  | **Pretrial/Probation** | Leticia Vazquez-Villa |
| **Log In** | 11:36 am | **Log Out** | 12:02 pm |

Government seeks detention.

Defendant argues for release.

Defendant ordered detained pending trial.

Remanded to USMS.